# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF ESTATE OF:
KATHLEEN JUNE JONES, A
PROTECTED PERSON.

_____

RICHARD POWELL, IN HIS CAPACITY
AS SPECIAL ADMINISTRATOR OF
THE ESTATE OF RODNEY GERALD
YEOMAN,

                Appellant,

        vs.

KIMBERLY JONES; AND KATHLEEN
JUNE JONES, A PROTECTED
PERSON,

                Respondent.

No. 81414

FILED

JUL 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

On March 4, 2021, this court entered an order granting appellant's motion to extend time to file a response to respondent's motion to dismiss appeal, or alternatively a motion to dismiss this appeal, within 90 days from the date of the order. As appellant failed to timely comply with that order, on June 16, 2021, this court entered an order directing appellant to file a response to respondent's motion to dismiss appeal, or a stipulation or motion to dismiss this appeal, or otherwise inform this court of the status of this appeal within 14 days. This order warned appellant that failure to comply could be construed as a non-opposition to the motion to dismiss appeal and result in the dismissal of this appeal. To date, appellant has failed to comply with that order. Accordingly, the unopposed

SUPREME COURT
OF
NEVADA

(O) 1947A

21-19579

motion to dismiss appeal is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Linda Marquis, District Judge, Family Court Division
Lansford W. Levitt, Settlement Judge
Ghandi Deeter Blackham
Piccolo Law Offices
Kehoe & Associates
Marquis Aurbach Coffing
Legal Aid Center of Southern Nevada, Inc.
Eighth District Court Clerk